# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3678

_____

Laura Harrison,

        Appellant,

v.

Abbott Transportation, Inc.; Abbott
Parking, Inc.,

        Appellees.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Nebraska.
\*
\*   [UNPUBLISHED]
\*
\*

_____

Submitted: October 3, 2006
Filed: October 5, 2006

_____

Before MURPHY, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Laura Harrison appeals from the district court's[1] adverse grant of summary judgment on her claims against Abbott Parking, Inc. After carefully reviewing the parties' arguments on appeal, we conclude that the only issues Harrison raises are unavailing. See Fed. R. Civ. P. 56(e) (when motion for summary judgment is made and supported, adverse party's response, by affidavits or as otherwise provided in Fed. R. Civ. P. 56, must set forth specific facts showing that there is genuine issue for

_____

[1]The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

trial); <u>In re MidAmerican Energy Co.</u>, 286 F.3d 483, 487 (8th Cir. 2002) (claims not raised in initial appeal brief are waived); <u>Glick v. Henderson</u>, 855 F.2d 536, 541 (8th Cir. 1988) (there is no constitutional or statutory right to effective assistance of counsel in civil case; remedy for any ineffective assistance of counsel is suit against attorney for malpractice).

Accordingly, we affirm. <u>See</u> 8th Cir. Rule 47B.

_____